[No. 4638–1.  Division One.  January 30, 1978.]

CASCADE AIRWAYS, INC., *Appellant,* v. FLIGHTCRAFT,
INC., *Respondent,* RANGER INSURANCE
COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 762689, Solie M. Ringold, J., entered March 15, 1976. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 4489–1.  Division One.  January 30, 1978.]

WALTER L. MYERS, ET AL, *Appellants,* v. S K S
PROPERTIES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 791643, Edward E. Henry, J., entered January 16, 1976. *Reversed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 2159–3.  Division Three.  January 31, 1978.]

GEORGE T. YOUNG, ET AL, *Appellants,* v. DENNIS B.
SWARTOUT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 231650, George T. Shields, J., entered October 8, 1976. *Affirmed* by unpublished opinion per Bradford, J. Pro Tem., concurred in by Munson, C.J., and Green, J.